DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. HEGLER

No. 161 PC.

Case below: 15 N.C. App. 51.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

STATE v. JOHNSON

No. 54.

Case below: 13 N.C. App. 323.

Motion of Attorney General to dismiss appeal for failure to file appeal bond allowed 15 September 1972.

STATE v. KIRBY

No. 49.

Case below: 15 N.C. App. 480.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 September 1972.

STATE v. LASSITER

No. 198 PC.

Case below: 15 N.C. App. 265.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

STATE v. MARTIN

No. 32.

Case below: 14 N.C. App. 132.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972. Appeal dismissed for failure to comply with rules of Supreme Court 31 August 1972.